## 19069

PARGAS OF LORIS, INC., Appellant, v. Davis HENIFORD, JR., Respondent

(175 S. E. (2d) 391)

*Palma K. Suggins, Esq.,* of Conway, *for Appellant,* cites:

*Messrs. Stevens & Holt,* of Loris, *for Respondent,* cite:

June 25, 1970.

BRAILSFORD, Justice.

This is an appeal from the disallowance by the trial judge of a demurrer by plaintiff to defendant's counterclaim. The demurrer was stated orally at the commencement of the trial and was upon the ground that the "counter-claim doesn't state the facts sufficient to constitute the cause of action or a defense." This generality was palpably insufficient under Section 10-643, Code of 1962, which requires that a "demurrer shall distinctly specify the grounds of objection to the complaint. Unless it does so it may be disregarded." The so-called demurrer was properly overruled. *Franks v. Anthony,* 231 S. C. 191, 97 S. E. (2d) 891 (1957). The appeal does not challenge the sufficiency of the facts proved to sustain the verdict, which was for $1,657.56 for the defendant on his counterclaim.

Affirmed.

Moss, C. J., and LEWIS, BUSSEY and LITTLEJOHN, JJ., concur.